UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

C.G., ET AL.,                                    24-cv-3827 (JGK)

               Plaintiffs,              ORDER

    - against -

CITY OF NEW YORK, ET AL.,

               Defendants.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 26, 2024.

SO ORDERED.

Dated:    New York, New York
          July 12, 2024

                                            John G. Koeltl
                                   United States District Judge