UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAYRE GONZALEZ, et al,

                Plaintiff(s)

        -against-

CITY OF NEW YORK, et al,

                Defendant(s).
------------------------------------------------------------X

24 civ 3827 (JGK)

        A scheduling order having been entered on July 24, 2024,

        The conference scheduled for Tuesday, September 17, 2024, at 3:30pm, is canceled.

**SO ORDERED.**

                                                                     **JOHN G. KOELTL**
                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 6, 2024